**CIRCUIT COURT FOR BALTIMORE CITY, MARYLAND**

E-FILED; Baltimore City Circuit Court

Docket: 7/22/2026 1:55 PM; Submission: 7/22/2026 1:55 PM

Envelope: 27465453

New Kendall

Accepted Service: Shelly Mukulu Sing 8/21/26 1:53 pm

CIVIL DIVISION

111 N. Calvert Street
Baltimore, Maryland 21202
Main: 410-333-3733
Civil: 410-333-3722
Criminal: 410-333-3750
Family: 410-333-3709/3738
Juvenile: 443-263-6300

**To:** MARYLAND POLICE TRAINING COMMISSION
6852 4TH STREET SYKESVILLE, MARYLAND 21784
SYKESVILLE, MD 21784

**Case Number:** **C-24-CV-26-005039**

**Other Reference Number(s):**
**Child Support Enforcement Number:**

**MATCOM OFFICE OF PUBLIC SAFETY VS. MARYLAND POLICE TRAINING COMMISSION, ET AL.**

Issue Date: 07/22/2026

## WRIT OF SUMMONS

You are summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this court, to the attached complaint filed by:

MATCOM OFFICE OF PUBLIC SAFETY
1205 Wildwood Parkway
Baltimore MD 21229

This summons is effective for service only if served within 60 days after the date it is issued.

Xavier A. Conaway
Clerk of the Circuit Court

To the person summoned:

Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.

Personal attendance in court on the day named is NOT required.

It is your responsibility to ensure that the court has your current and correct mailing address in order to receive subsequent filings and notice in this case.



Exhibit 1

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued. If it is not served within the 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.

**Circuit Court for Baltimore City**

**Matcom Office of Public Safety vs. Maryland Police Training Commission, et al.Case Number: C-24-CV-26-005039**

3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

## SHERIFF'S RETURN
**(please print)**

To: MARYLAND POLICE TRAINING COMMISSION

______________________ ID# __________ of the ____________________
Serving Sheriff's Name

County Sheriff's office present to the court that I:

(1) Served

______________________________________
Name of person served

on ______________________ at ______________________
Date of service Location of service

______________________ by ______________________ with the following:
Manner of service

- ☐ Summons
- ☐ Complaint
- ☐ Motions
- ☐ Petition and Show Cause Order
- ☐ Other ______________________ Please specify
- ☐ Counter-Complaint
- ☐ Domestic Case Information Report
- ☐ Financial Statement
- ☐ Interrogatories

(2) Was unable to serve because:

- ☐ Moved left no forwarding address No such ☐ address
- ☐ Address not in jurisdiction Other ☐ ______________________ Please specify

Sheriff fee: $ ☐ waived by

______________ ______________________________
Date Signature of serving Sheriff

Instructions to Sheriff's Office or Private Process Server:

1. This Summons is effective for service only if served within 60 days after the date issued. If it is not served within 60 days, the plaintiff must send a written request to have it renewed.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.

4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2126(a).

**IN THE CIRCUIT/FEDERAL COURT FOR BALTIMORE CITY**
**Civil Division**

| | | |
|---|---|---|
| Brian Askew, and Matcom Office Of Public Safety, LLC Plaintiff, | * * | Case No: TBD |
| | * | IN THE CIRCUIT COURT |
| v. | * | |
| | * | |
| | * | FOR BALTIMORE CITY |
| Maryland State Police and Maryland Police Training and Commission Defendants, et al. | * | |
| | * | |
| | * | MARYLAND |

**COMPLAINT**

COMES NOW, Plaintiff, Dr. Brian Askew, and Matcom Office of Public Safety, by and through undersigned attorney, Brian Agandi, hereby sues Defendants, et al Maryland State Police and Maryland Police and Training Commission As grounds, Plaintiff states the following:

**JURISDICTION AND VENUE**

1. The amount in controversy is more than $30,000.00 satisfying the Circuit Court Jurisdiction requirements.
2. Venue is proper in Baltimore City Circuit Court because the transaction or occurrences arose in Baltimore City, Maryland.
3. The transactions and occurrences arose out of Baltimore, MD, and a substantial parts of the occurrences were in Baltimore, and the violations of law arose out of Baltimore.

**PARTIES**

4. Matcom Office of Public Safety, LLC, is an LLC operated and owned in Maryland with a resident agent of United States Corporate Agents, Inc, 6959 Golden Ring Road Rosedale, MD 21237, and principal office at 1205 Wildwood Pkwy Baltimore, MD 21229.
5. Maryland State Police is a government entity thus Maryland Tort Claims Act governs the process in suing a state agencies, and is located at 1201 Reisterstown Road Pikesville, MD 21208
6. Maryland Police Training and Commission is a state agency governed by Maryland Tort Claims Act, and is located at 6852 4th St, Sykesville, MD 21784.
7. Maryland State Police and Maryland Police Training and Commission are agencies responsible for certification of the Maryland State Guard and issue, investigate, approve, and determine if contractors, who apply for the Maryland Guard license has met the outstanding requirements.

## STATEMENT OF FACTS

8. Matcom Office of Public Safety, is a small minority owned business in Maryland LLC that operates as an armed security-contract to keep government buildings safe, residents, and the public at large.
9. Dr. Brian Askew, is a lifetime Presidential Achievement Award winner, Doctorate Degree Holder, experienced Maryland Security Guard for over 10 years of experience, and community leader in Baltimore, MD.
10. Matcom Office of Public Safety, LLC, submitted an application to apply for certification as Maryland Security Guard, and Kelly Spurgeon asked for additional signatures, coversheet, and lesson plan, and Matcom submitted revised materials to January 27th

request, and Maryland Police Commission Training (MPCTC) hereby authorized licensing for 16 hours March 1st, 2026 through March 1st, 2029.

11. Defendants, et al revoked Plaintiffs, Maryland Security Guard License on or about May 4th, 2026, and ordered plaintiffs to complete certain requirements such as a revised lesson, certification template, and proof of 16 hour training program.

12. On May 2026, Matcom Security Office, LLC has provided (1) revised lesson plan, (2) revised certification template, Randallstown Branch Library location, 16 hour program, and revised commar distance learning provisions.

13. Furthermore, 3 other companies Trusty Training Solutions, After Hours security, The S.E.C.U.R.E. Academy, FP Training Academy had the Maryland State Police Logo on the flyer and advertisement.

14. MPCTC published approved programs are dated January 2026 and do not reflect, Plaintiff's post January 2026 cure submissions in compliance with MPCTC request.

15. MPCTC required Matcom Office of Public Safety, LLC to provide a location for live training, however, the office has been known to be flexible with zoom and in person hearing, and Matcom has provided 16 hours of training comparatively to the State Maryland Security requirement of only 12 hours.

16. Similarly, situated security companies are reinstated within weeks however, Matcom Office of Public Safety, LLC, has been consistently denied reinstatement over 8-months despite cure.

17. Significantly, Non-black companies were not required to have 16 hours of training, allowed virtual training, did not enforce the seal or logo requirement, and failed to

provide procedural due process to a revocation hearing, notice to appeal rights, or a written letter outlining specific violations.

18. Thus, Matcom Office of Public Safety, LLC, which has disrupted business operations at Matcom Security as the 40 security officers are currently unpaid, and ongoing damages affecting the company, employees, and their families.

## ANALYSIS

**Count 1 Disparate Impact** Title VII, 42 U.S.C. 2006e-6 Section 707

19. As incorporated in paragraphs 8-16.

20. To prevail in a selective enforcement claim under the disparate treatment the court looks at whether the party (1) is in a protected class under Title VII of the civil rights act including: race, gender, origin, religious beliefs, etc, and here Matcom Office of Public Safety primarily employs African-American security guard officers with over 80% being African American guards.

21. (2) There is no legitimate non-discriminatory reason for the selective enforcement, as similarly situated non-minority, African-American security companies used Maryland State Police Logo, yet did not face the same disciplinary effects.

22. Additionally, none of Defendant's reason for correction identified any performance issue, qualification, and initially approved Matcom Office of Public Safety for 3 years, then rescinded the offer without a hearing, or notice to appeal or a statement of outlining the reasons for denial.

23. Here, (3) is satisfied because there is a legitimate discriminatory pre-textual basis as Maryland State Police has not communicated or corresponded with Matcom Office of Public Safety, LLC in light of the recent compliance as of May 2026.

24. The underlying facts are similar to *United States of America v. Maryland Department of State Police,* U.S. District Court of Maryland(2024), whereby the court ruled a continuous written test of math, reading, grammar, favored white applicants compared to black applicants although the policy appeared facially neutral.

25. Thus, all the elements for selective enforcement are applied under disparate impact theory.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays the court order Maryland State Police and Maryland Police Commission Training Correction issue and reinstate Matcom Public Office of Safety, LLC, license for the period until March 2029 immediately, prohibit engagement of selective enforcement of physical facilities, additional in person hours, comar citation requirements in filing, denying reinstatement while similarly situated non-black companies use Maryland State Police logo for advertising, provide African-American minority owned security groups notice of a hearing after denial, and other post license denial rights such as notice to file a Judicial Complaint, and prohibit licensing requirements that are not job-related or a business necessity.

a. Compensatory Damages $70,000.00., and Award Attorney Fees of $10,000.00 at the legal rate
b. Reinstate Matcom Office of Public Safety, LLC Maryland State Guard License
c. All other relief this Honorable Court deems necessary and proper

**CERTIFICATE OF SERVICE**

I certify on this day of July 14h, 2026, a copy of the foregoing complaint was electronically filed via Maryland MDEC e-filing system and electronically sent to Defendants pursuant to Maryland Law.

Respectfully submitted,

*/s/ Brian Agandi*
Brian Agandi (2412031108)
Agandi Law L.L.C.
courts@agandilaw.com
849 Fairmount Avenue Suite 200
Towson, MD 21286
410-343-9503

E-FILED; Baltimore City Circuit Court
Docket: 9/3/2026 5:59 PM; Submission: 9/3/2026 5:59 PM
Envelope: 28122489

IN THE CIRCUIT COURT FOR BALTIMORE CITY, MARYLAND

MATCOM OFFICE OF PUBLIC SAFETY
Plaintiff

v. Case No. C-24-CV-26-005039

MARYLAND POLICE TRAINING COMMISSION, et al.
Defendant(s)

**AFFIDAVIT OF SERVICE**

I, Danielle Smith, being at least eighteen (18) years of age and not a party to this action, hereby certify that I served the following documents:

**DOCUMENTS SERVED:** 1. Writ of Summons 2. Complaint

**PARTY TO BE SERVED:**
Maryland Police Training Commission

**PERSON ACTUALLY SERVED:**
White woman, brunette hair color, about 5'5 in height, roughly 130lbs and whose name tag appeared to have Shelly as the last name.

**DATE OF SERVICE:**
8/28/26

**TIME OF SERVICE:**
1:30p.m.

**LOCATION OF SERVICE:**
1201 Reisterstown Road

Baltimore, Maryland 21208

**MANNER OF SERVICE:**
I personally hand delivered a copy of the above-listed documents to Ms. Shelly (described above), who identified herself as a representative for the Maryland Police Training Commission, at the above address.

I solemnly affirm under the penalties of perjury that the contents of the foregoing Affidavit of Service are true and correct to the best of my knowledge, information, and belief.

Date: 8/28/26

---

[Danielle Smith]

[1031 S. Charles Street

Baltimore, MD

21230]

[443-726-3096]

Danielle Smith

E-FILED; Baltimore City Circuit Court
Docket: 9/17/2026 9:37 AM; Submission: 9/17/2026 9:37 AM
Envelope: 28296517

| | | |
|---|---|---|
| MATCOM OFFICE OF PUBLIC SAFETY | * | IN THE |
| Plaintiff, | * | CIRCUIT COURT |
| v. | * | FOR |
| MARYLAND POLICE TRAINING COMMISSION, et. al. | * | BALTIMORE CITY |
| Defendants. | * | CASE NO. C-24-CV-26-005039 |

* * * * * * * * *

**ENTRY OF APPEARANCE**

Please enter the appearance of Kendall A. Desaulniers, Assistant Attorney General, as counsel for Defendant, the Maryland Police Training and Standards Commission, in the above-captioned matter.

ANTHONY G. BROWN
Attorney General of Maryland

*/s/ Kendall A. Desaulniers*
KENDALL A. DESAULNIERS
AIS # 0112110183
Assistant Attorney General
Department of Public Safety and
Correctional Services
6776 Reisterstown Road, Suite 313
Baltimore, Maryland 21215
Tel: (410) 875-3603
Fax: (410) 484-5939
kendall.desaulniers@maryland.gov
*Attorneys for Maryland Police*
*Training and Standards Commission*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 17th day of Septmber, 2026, a copy of the foregoing Entry of Appearance was electronically served upon counsel of record via MDEC.

*/s/ Kendall A. Desaulniers*
KENDALL A. DESAULNIERS

E-FILED; Baltimore City Circuit Court
Docket: 9/17/2026 9:37 AM; Submission: 9/17/2026 9:37 AM
Envelope: 28296517

| | | |
|---|---|---|
| MATCOM OFFICE OF PUBLIC SAFETY | * | IN THE |
| Plaintiff, | * | CIRCUIT COURT |
| v. | * | FOR |
| MARYLAND POLICE TRAINING COMMISSION, et. al. | * | BALTIMORE CITY |
| Defendants. | * | CASE NO. C-24-CV-26-005039 |

* * * * * * * * *

**MOTION FOR EXTENSION OF TIME**

Defendant, Maryland Police Training and Standards Commission (identified in this matter as Maryland Police and Training Commission) ("Commission"), by its attorneys, Anthony G. Brown, Attorney General of Maryland, and Kendall A. Desaulniers, Assistant Attorney General, moves for an extension of time of sixty (60) days, to and including November 27, 2026, to respond to Plaintiff's complaint, and states:

1. This case is an action for reinstatement, damages, and attorneys' fees brought by Plaintiff, Matcom Office of Public Safety, LLC. In the Complaint, Plaintiff asserts, among other claims, that its withdrawn security guard training provider and program approval should be reinstated by the Commission. Upon finding violations of State of Maryland Security Guard Training requirements, the Commission withdrew Plaintiff from the approved list of training providers and revoked Plaintiff's trainer and program authorizations on or about May 6, 2026.

2. Plaintiff filed a complaint in the above-captioned matter on July 22, 2026. Defendant received the complaint and a writ of summons on August 27, 2026.

3. The summons directs that a written response to the complaint be filed within 30 days after service of the complaint. Defendant's response would be due September 28, 2026.

4. Undersigned counsel, who entered her appearance on behalf of Defendant contemporaneously with this motion, was not assigned to this case until recently and needs sufficient time to investigate the allegations and respond to the complaint.

5. Undersigned counsel conferred with Plaintiff's counsel, and Plaintiff's counsel consented to the requested extension of time for the filing of a response to the Complaint.

6. This Motion is not made in bad faith or for the purpose of delay.

WHEREFORE, Defendant respectfully asks that this Court extend the time for Defendant to file a responsive motion/answer to the complaint to and including November 27, 2026. A proposed Order is attached.

Respectfully submitted,

ANTHONY G. BROWN
Attorney General of Maryland

*/s/ Kendall A. Desaulniers*
KENDALL A. DESAULNIERS
AIS # 0112110183
Assistant Attorney General
Department of Public Safety and
Correctional Services
6776 Reisterstown Road, Suite 313
Baltimore, Maryland 21215
Tel: (410) 875-3603
Fax: (410) 484-5939
kendall.desaulniers@maryland.gov
*Attorneys for Maryland Police*
*Training and Standards Commission*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of September, 2026, a copy of the foregoing Motion for Extension of Time was served upon all counsel of record via MDEC.

*/s/ Kendall A. Desaulniers*
KENDALL A. DESAULNIERS

E-FILED; Baltimore City Circuit Court
Docket: 9/17/2026 9:37 AM; Submission: 9/17/2026 9:37 AM
Envelope: 28296517

| | | |
|---|---|---|
| MATCOM OFFICE OF PUBLIC SAFETY | * | IN THE |
| Plaintiff, | * | CIRCUIT COURT |
| v. | * | FOR |
| MARYLAND POLICE TRAINING COMMISSION, et. al. | * | BALTIMORE CITY |
| Defendants. | * | CASE NO. C-24-CV-26-005039 |

* * * * * * * * *

**ORDER**

Upon consideration of Defendant's Motion for Extension of Time, it is this ____ day of _______, 2026, by the Circuit Court for Baltimore City, hereby,

**ORDERED**, that Defendant Maryland Police Training and Standards Commission's Motion for Extension of Time is **GRANTED**; and it is further **ORDERED**, that the time for said Defendant to file a response to the Plaintiff's Complaint is extended to and including November 27, 2026.

_______________________________
Circuit Court Judge

| | | |
|---|---|---|
| MATCOM OFFICE OF PUBLIC SAFETY | * | IN THE |
| Plaintiff, | * | CIRCUIT COURT |
| v. | * | FOR |
| MARYLAND POLICE TRAINING COMMISSION, et. al. | * | BALTIMORE CITY |
| Defendants. | * | CASE NO. C-24-CV-26-005039 |

* * * * * * * * *

**ORDER**

Upon consideration of Defendant's Motion for Extension of Time, it is this ____ ~~day of~~ 09/18/2026 8:27:42 AM _______, ~~2026,~~ by the Circuit Court for Baltimore City, hereby,

**ORDERED**, that Defendant Maryland Police Training and Standards Commission's Motion for Extension of Time is **GRANTED**; and it is further **ORDERED**, that the time for said Defendant to file a response to the Plaintiff's Complaint is extended to and including November 27, 2026.

______________________________
Circuit Court Judge

Entered: Clerk, Circuit Court for Baltimore City, MD
September 18, 2026